UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AMBER DUREN

VERSUS

JIMMIE STONEBARGER, ET AL.

CIVIL ACTION

NO. 07-876-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 17, 2008 (doc. no. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand filed by plaintiff Amber Duren is DENIED.

Baton Rouge, Louisiana, this 28th day of February, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE