UNITED STATES OF AMERICA

DISTRICT COURT OF THE UNITED STATES

MIDDLE DISTRICT OF LOUISIANA

AMBER DUREN
    PLAINTIFF

CIVIL ACTION NO.07-876

VERSUS

MAGISTRATE RIEDLINGER

JIMMIE STONEBARGER, US NATIONAL
ZURICH INSURANCE COMPANY, AND
EMPIRE FIRE AND MARINE
    DEFENDANTS

## PROPOSED ORDER

CONSIDERING THE FOREGOING MOTION,

**IT IS HEREBY ORDERED** that the claim of plaintiff, Amber Duren, against defendant, Zurich Insurance Company, be and the same is hereby dismissed with prejudice, with each party to bear their respective costs, and reserving all rights of plaintiff, Amber Duren, against the remaining defendants.

Baton Rouge, Louisiana this 20th day of MAY, 2008.

_____
Judge, USDC Middle District of Louisiana
JAMES J. BRADY